U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 13 2009
JAMES W. McCORMACK, CLERK
By: T. Downs
DEP CLERK

RECEIVED
MAIL ROOM
APR 13 2009
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) : | Consolidated Under MDL DOCKET NO. 875 |
| CERTAIN PLAINTIFFS : | |
| v. : | Transferor District Court Eastern District of Arkansas |
| CERTAIN DEFENDANTS : | |

**O R D E R**

AND NOW, this **8th** day of **April 2009**, upon consideration of plaintiffs' counsel's request at the Court's hearing on April 7, 2009, it is hereby **ORDERED** that the cases listed in "Exhibit A", attached, will be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

**EXHIBIT "A"**

EASTERN DISTRICT OF ARKANSAS

```
                                                  4:91-cv-00093
Vernie Smith          NOT YET ASSIGNED           4:91-cv-00096
Harry Rupe            NOT YET ASSIGNED           4:88-cv-00549-GH
Norman Lipke          NOT YET ASSIGNED           4:91-cv-00535
Richard Greenlee      NOT YET ASSIGNED           4:88-cv-00424
Terry Derden          NOT YET ASSIGNED           5:91-cv-00542-BSM
Clifford Davis        NOT YET ASSIGNED           4:91-cv-00094K3
James Wilson          NOT YET ASSIGNED           4:97-cv-00097
Louie Fulmer          NOT YET ASSIGNED           4:91-cv-00012
James Hohler          NOT YET ASSIGNED           4:91-cv-00460
Leo Oakes             NOT YET ASSIGNED           4:88-cv-00426
Tilmon Steward        NOT YET ASSIGNED           4:91-cv-00459
Calvin McDearmon      NOT YET ASSIGNED           4:91-cv-00419
Darwin C. England     NOT YET ASSIGNED           4:91-cv-00419
Gordon Simpson        NOT YET ASSIGNED           4:91-cv-00339
Willard Conway        NOT YET ASSIGNED           4:91-cv-00339
Bill Magby            NOT YET ASSIGNED           4:91-cv-00339
James Greenlee        NOT YET ASSIGNED           4:91-cv-00339
William R. Wolf       NOT YET ASSIGNED           4:91-cv-00339
Roy McClelland        NOT YET ASSIGNED           4:91-cv-00339
Hueland Adair         NOT YET ASSIGNED           4:91-cv-00339
William D. Melton     NOT YET ASSIGNED           4:91-cv-00056
Debra Hobbs           NOT YET ASSIGNED           4:97-cv-00387
Clarence Austin       NOT YET ASSIGNED           4:91-cv-00093
L.C. Ransom           NOT YET ASSIGNED           4:91-cv-00093
Terry J. Rothwell     NOT YET ASSIGNED           4:91-cv-00093
Darnell Warren        NOT YET ASSIGNED           4:91-cv-00093
Emery Downs           NOT YET ASSIGNED           4:91-cv-00093
Raymond Dunn          NOT YET ASSIGNED           4:91-cv-00093
John T. Talley        NOT YET ASSIGNED           4:91-cv-00093
Billy Word            NOT YET ASSIGNED           4:91-cv-00093
Jerry Stinnett        NOT YET ASSIGNED           4:91-cv-00093
B.G. Freeland         NOT YET ASSIGNED           4:91-cv-00093
Max Lindsey           NOT YET ASSIGNED           4:91-cv-00093
Jimmy C. Robertson    NOT YET ASSIGNED           4:91-cv-00094K3
Clifford Davis        NOT YET ASSIGNED           4:91-cv-00094K3
James Wilson          NOT YET ASSIGNED           4:91-cv-00094K3
Donald Lampkin        NOT YET ASSIGNED           4:91-cv-00094K3
William Johnson       NOT YET ASSIGNED           4:91-cv-00094K3
```